JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIDAL MADERA and IDALI PAGAN, | Case No. 2:22-cv-03770-FMO-PLA |
| Plaintiffs, | District Judge: Fernando M. Olguin |
| vs. | **JUDGMENT** |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Plaintiffs VIDAL MADERA and IDALI PAGAN ("Plaintiffs") accepted FORD MOTOR COMPANY's Offer of Judgment Pursuant to Fed. R. Civ. P. 68 on January 30, 2024.

Accordingly, the Court enters JUDGMENT in favor of Plaintiffs in the amount of $60,000.00 pursuant to the terms of the Rule 68 Offer. Any motion for attorney's fees and costs shall be filed in accordance with Rule 54.

**IT IS SO ORDERED.**

Date: __February 9, 2024_____        _____/s/_____
                                                                    Hon. Fernando M. Olguin
                                                                    District Judge

1

**JUDGMENT**